**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Cy Cyracus IKAZOBOH, aka Cyracus O.
Ikazoboh, Cyracus Ikazoboh, Cyracus
Cy Ikazoboh, Cy Cyracus Ikazohoh,
Cy Cyracus Ikazobah, and William
Jones, Defendant—Appellant.**

No. 04–50175.

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Nancy B. Spiegel, Esq., Ronald L. Cheng, Esq., USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michael J. Treman, Attorney at Law, Santa Barbara, CA, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RAWLINSON, and BYBEE, Circuit Judges.

MEMORANDUM **

Cy Cyracus Ikazoboh appeals the sentence imposed following his guilty-plea conviction for bank fraud and aiding and abetting, in violation of 18 U.S.C. §§ 1344 and 2. We have jurisdiction under 18 U.S.C. § 3742(a).

Pursuant to *United States v. Ameline,* 409 F.3d 1073, 1079 (9th Cir.2005) (en banc), we remand the case for the district court to determine whether it would have sentenced appellant differently under an advisory Sentencing Guidelines system.

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

